UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------x
BRIAN ROETHLISBERGER             :
                                 :
            Plaintiff,           :
                                 :   19-cv-5393 (LAP)
    -v.-                         :
                                 :   ORDER
BRIAN RAFFERTY PRODUCTIONS, INC.,:
                                 :
            Defendant.           :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

Counsel shall show cause in writing no later than March 24 why the above action should not be dismissed for failure to prosecute.

SO ORDERED.

Dated:   New York, New York
         March 10, 2020

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge