UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
BRIAN JAMIE ROETHLISBERGER,

                Plaintiff,            No. 19 Civ. 5393 (LAP)

        -versus-                      ORDER

BRIAN RAFFERTY PRODUCTIONS, INC.,

                Defendant.
```

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court has received Plaintiff's default judgment papers. Plaintiff is directed to follow the procedures set forth in the Court's Individual Practices regarding default judgment motions. See Individual Practices of Judge Loretta A. Preska § 2.G.

SO ORDERED.

Dated: April 3, 2020
       New York, New York

_____
LORETTA A. PRESKA
Senior U.S. District Judge