```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BRIAN JAMIE ROETHLISBERGER,

        Plaintiff,

   -against-

BRIAN RAFFERTY PRODUCTIONS, INC.,

        Defendant.

No. 19-CV-5393 (LAP)

<u>ORDER</u>

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for February 10, 2021 at 11:30 a.m. will occur as a teleconference using the dial-in 877-402-9753, access code: 6545179.

**<u>SO ORDERED.</u>**

Dated:  February 5, 2021
       New York, New York

                                          *Loretta A. Preska*
                                        LORETTA A. PRESKA, U.S.D.J.