```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------
BRIAN JAMIE ROETHLISBERGER,

                Plaintiff,
                                        No. 19-CV-5393 (LAP)
        -against-
                                              ORDER
BRIAN RAFFERTY PRODUCTIONS,
INC.,

                Defendant.
---------------------------------------
```

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Plaintiff's letter dated February 5, 2021.  (See dkt. no. 29.)  The conference scheduled for February 10, 2021 at 11:30 a.m. is adjourned sine die.  Consistent with the undersigned's individual practices, Plaintiff shall submit a proposed default judgement order no later than February 19, 2021.  Plaintiff's counsel shall also inform the Court of what else is required, besides an inquest, to resolve the case.

**SO ORDERED.**

Dated:  February 5, 2021
       New York, New York

                                      *Loretta A. Preska*
                                LORETTA A. PRESKA, U.S.D.J.